Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**BORIS ORLOV**, Attorney (CSBN 223532)
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-5410
    Facsimile: (213) 894-2064
orlov.boris@dol.gov

Attorneys for the Petitioner



FILED
CLERK, U.S. DISTRICT COURT
JUN - 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY　　　　DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>    Petitioner,<br><br>v.<br><br>T&N MEDICAL TRANSPORT, INC.<br><br>    Respondent. | Case No.<br>**CV11 04812 R MRWx**<br><br>[PROPOSED] **ORDER TO SHOW CAUSE**<br><br>On Secretary of Labor's Petition to Enforce Administrative Subpoena Duces Tecum |

    Petitioner, Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Petitioner" or the "Secretary"), has applied to this Court for an Order requiring Respondent T&N Medical Transport, Inc. ("Respondent") to produce the records, papers and documents set forth in a subpoena duces tecum issued by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor, and duly served upon Respondent. Having considered the matters set forth in the Petitioner's pleadings, it is hereby

    **ORDERED** that Respondent appear and **SHOW CAUSE**, if any there be, why Respondent should not be ordered by this Court to comply with the subpoena duces tecum issued to Respondent by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor; and it is further

1      **ORDERED** that Respondent serve and file with the Clerk of this Court, no later

2 than ____July 11, 2011____ a response to the Petition, specifically admitting

3 or denying each allegation of the Petition, and setting forth the cause, if any there be,

4 why the Petition should not be granted; and it is further

5      **ORDERED** that Respondent appear at a hearing to be held on the Petition on

6 ____July 18, 2011____, at ____10:00 a.m.____ o'clock, in Courtroom number

7 ____8____, located at ____312 No. Spring Street, LA CA

8 90012____; and it is further

9      **ORDERED** that an Investigator from the Wage and Hour Division, U.S.

10 Department of Labor, shall forthwith serve copies of this Order to Show Cause and a

11 copy of the Petition and supporting documents on Respondent.

13 Dated: ____June 8____, 2011

15 United States District Judge

17 Presented by:

18 M. PATRICIA SMITH
19 Solicitor of Labor

20
21 LAWRENCE BREWSTER
Regional Solicitor

22
23 DANIEL J. CHASEK
Associate Regional Solicitor

24
25 BORIS ORLOV, Attorney

27 Attorneys for the Petitioner, U.S. Department of Labor

**Order to Show Cause** (Sol #1119437)